IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FLOYD EARL SHERWOOD, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION H-18-1015 |
| BRAZOS COUNTY DETENTION CENTER, | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

On April 10, 2018, the Court ordered plaintiff to file a more definite statement of the facts underlying his claim for deliberate indifference. He was ordered to file the more definite statement within thirty days from date of the order. Despite expiration of a reasonable period of time in excess of sixty days, plaintiff has failed to comply with the Court's order.

The Court warned plaintiff that his failure to comply timely with the Court's order to file a more definite statement would result in dismissal of this lawsuit for failure to prosecute. Plaintiff's failure to comply with the Court's order lead this Court to conclude that he no longer wishes to prosecute this lawsuit.

Accordingly, this lawsuit is DISMISSED WITHOUT PREJUDICE for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff may move to reinstate this case within 28 days from date of this order by filing a motion for new

trial with his full and complete more definite statement. Any motion for new trial filed without the required more definite statement will be dismissed.

Signed at Houston, Texas on June 12, 2018.

									_____
									Gray H. Miller
									United States District Judge